NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**JOHN YERESSIAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

———————————

2013-3079

———————————

Petition for review of the Merit Systems Protection Board in No. SF0752100972-I-2.

———————————

**ON MOTION**

———————————

**O R D E R**

John Yeressian moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JOHN YERESSIAN v. ARMY                                             2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24